**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EDSON CARLOS REYES LUCIO | CIVIL ACTION NO. 1:26-1864 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN WINN CORRECTIONAL CENTER, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 14), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Lack of Jurisdiction (Record Document 11) is **GRANTED** and the Petition for Writ of Habeas Corpus (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of September, 2026.

S. Maurice Hicks, Jr.
United States District Judge